DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUZ ELENA VELASQUEZ,**
Appellant,

v.

**WACHOVIA MORTGAGE F.S.B.,**
Appellee.

No. 4D17-3055

[July 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 09004454.

Luz Elena Velasquez, Miramar, pro se.

Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, and Kimberly S. Mello and Joseph H. Picone of Greenberg Traurig, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***